FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 OCT 24 AM 9: 39
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

```
DEMARCO A. TAIR,                )
                                )
        Plaintiff,              )
                                )
    v.                          )     CV 319-070
                                )
WARDEN FORD and MEDICAL         )
DEPARTMENT,                     )
                                )
        Defendants.             )
```

**ORDER**

Plaintiff filed this case in the Southern District of Georgia on a standard form complaint used by incarcerated litigants. (Doc. no. 1.) However, Plaintiff failed to complete multiple sections of the form, listed one Defendant without mentioning him in the statement of claim, failed to allege what claims he was asserting, and failed to allege where the events took place and Defendant resided. (Id.) On September 24, 2019, the Court ordered Plaintiff to file an amended complaint fixing those deficiencies. (Doc. no. 3.)

On October 21, 2019, Plaintiff filed his amended complaint, adding one Defendant and clarifying that the named Defendants are located in Butts County, Georgia, and the events in Plaintiff's amended complaint allegedly occurred in Butts County. (See doc. no. 4.) Because Butts County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 24th day of October, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE